IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-11-02263-1-PHX-SRB |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER** |
| Michael Loren Miller, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On August 1, 2014, Magistrate Judge Anderson issued a Report and Recommendation. Magistrate Judge Anderson recommended that the District Court Judge accept the finding of violation of Standard Condition #7, Special Condition #4 and Special Condition #9 of Defendant's supervised release and the finding that the Government failed to establish by a preponderance of the evidence of a violation of Special Condition #5. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of Standard Condition #7, Special Condition #4 and Special Condition #9 of his supervised release terms.

IT IS FURTHER ORDERED finding the Government failed to establish by a preponderance of the evidence of a violation of Special Condition #5 of his supervised release terms.

///

///

1      IT IS FURTHER ORDERED adopting the Magistrate Judge's Report and

2   Recommendation [Doc. 43].

3                          DATED this 21st day of August, 2014.

Susan R. Bolton
United States District Judge